# United States District Court
## Southern District of Georgia

AKHIL BARANWAL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV314-098

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 13, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition is DENIED, this action is DIMISSED, and the case stands CLOSED.

| January 13, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |