ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| AKHIL BARANWAL, | * | |
| Petitioner, | * | |
| vs. | * | CV 314-098 |
| STACEY N. STONE, Warden, | * | |
| Respondent. | * | |

# O R D E R

On January 13, 2015, this Court denied the 28 U.S.C. § 2241 petition filed by Petitioner Akhil Baranwal. Petitioner timely filed a notice of appeal, and he filed a motion for a certificate of appealability in the case. Because a federal prisoner does not require a certificate of appealability to appeal the denial of a § 2241 petition, see Sawyer v. Holder, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003), the motion for a certificate of appealability is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this _11th_ day of February, 2015.

UNITED STATES DISTRICT JUDGE