ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAR 10 PM 12:09

CLERK _____
SO. DIST. OF GA.

AKHIL BARANWAL,

    Petitioner,

VS.

USDC #: CV314-098

USCA #: 15-10312-C

STACEY N. STONE, Warden,

    Respondent.

## ORDER

The Appeal of the Judgment of this Court in the above case having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court. The Judgment of this Court dated January 13, 2015 is final in all respects.

This 10th day of March, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA